UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LACY ANNE JONES                                                               PLAINTIFF

V.                                 CIVIL ACTION NO. 3:24-CV-61-KHJ-LGI

MICHELLE KING, Acting Commissioner                      DEFENDANT
of Social Security[1]

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant. The Court affirms the administrative law judge's final decision, and it dismisses this case with prejudice.

SO ORDERED AND ADJUDGED, this 31st day of January, 2025.

                                                                  s/ *Kristi H. Johnson*
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] In January 2025, Michelle King became the Acting Commissioner of Social Security. *Acting Commissioner Michelle King*, Soc. Sec. Admin., https://www.ssa.gov/agency/commissioner [https://perma.cc/Q2ZD-DP4G]. She is "automatically substituted" as the defendant here. Fed. R. Civ. P. 25(d).